## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| GEICO GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO. 1:25cv25803<br><br>**COMPLAINT** |

### PLAINTIFF GEICO GENERAL INSURANCE COMPANY'S COMPLAINT AGAINST THE UNITED STATES OF AMERICA

Plaintiff GEICO General Insurance Company files its Complaint pursuant to the Federal Tort Claim Act, 28 U.S.C. §§ 2671-2680, and seeks compensatory damages against Defendant United States of America (hereinafter "Defendant") for negligence of an employee of the government acting within the scope of employment with the United States Postal Service.

### JURISDICTION AND VENUE

This Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1331 in that this action arises under the law of the United States of America and is premised on the acts and omissions of the Defendant acting under color of federal law.  This Court further has subject matter jurisdiction over this matter pursuant to 28 U.S.C. §1346(b) in that this is a claim against the Defendant United States of America, for money damages, accruing after January 1, 1945, for property damages caused by the negligent and wrongful acts and omissions of employees of the Government while acting within the course and scope of their office or employment, under the circumstances where the Defendant, if a private person, would be liable to the Plaintiff.  Jurisdiction founded upon the federal law is proper in that this action is premised

upon federal causes of action under the Federal Tor Claims Act (hereinafter "FTCA"), 28 U.S.C. § 2671, *et. seq.*

Pursuant to the FTCA, 28 U.S.C. § 2671, *et. seq.* the Plaintiff on or about August 1, 2023, presented its claim to the United States Postal Service, the appropriate federal agency for administrative settlement under the FTCA requesting damages in the amount of $9,364.02. The United States Postal Service has not sent notice of rejection of Plaintiff's administrative claim. Pursuant 28 U.S.C. § 2675, Plaintiff deems the failure of the United States Postal Service to make a final disposition of Plaintiff's claim as a final denial of Plaintiff's claim.

Venue is proper in this District pursuant to 28 U.S.C. §§ 1391(b) and 1391(c), as Defendant does business in this judicial district and the events or omissions giving rise to the claims occurred in this judicial district.

## PARTIES

Plaintiff, GEICO General Insurance Company, is an insurance company authorized to do business in the State of Florida, and at all times relevant issued an automobile policy of insurance to its insured Janet Montoya.

Defendant, United States of America, is the proper defendant for conduct of the United States Postal Service's employee, whose negligent operation of a motor vehicle caused Plaintiff's damages.

## STATEMENT OF CLAIM

At all times relevant hereto, Plaintiff, GEICO General Insurance Company ("Plaintiff"), provided an automobile insurance policy to its insured, Janet Montoya. On or about December 29, 2021, while the United States Postal Service's employee, Kiondra Davina Evans, was acting in the course and scope of her employment with the United States Postal Service, she operated a

motor vehicle at or on NW 12th Avenue near the intersection with NW 11th Street, in Miami, Miami-Dade County, Florida.

While operating said vehicle, the United States Postal Service's employee negligently caused a collision with a vehicle owned by Plaintiff's insured Janet Montoya. As a direct and proximate result of Defendant's employee's negligence, Janet Montoya's vehicle was damaged. The aforesaid incident was the proximate result of Defendant's employee's negligence and was not caused in any way by the actions or inactions of Janet Montoya or any third party.

Pursuant to its insurance policy with Janet Montoya, Plaintiff was obligated to, and did, pay the sum of $8,364.02 to or on behalf of Janet Montoya, and Janet Montoya sustained the loss of her $1,000.00 deductible. Defendant is liable for the negligence of its employee who was acting within the course and scope of her employment with the United States Postal Service.

Plaintiff, pursuant to its subrogation rights, seeks the sum of $9,364.02 from Defendant.

WHEREFORE, Plaintiff request Judgment against Defendant, in the amount of $9,364.02 with statutory interest from the date of judgment plus costs of this action.

Respectfully submitted this 10th day of December 2025.

                                          **Rathbone Group, LLC**

                                          /s/ Jason M. Sullivan
                                        Jason M. Sullivan, SBN 1015564
                                        1250 Granger Road
                                        Cleveland, OH 44131
                                        800-870-5521
                                        216-298-4495 [fax]
                                        JSullivan@Rathbonegroup.com
                                        RG File No. 3180047